# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ADAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR INC. and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 1:19-cv-00085-DAD-BAM<br><br>[Assigned to Hon. Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe]<br><br>**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES**<br><br>Complaint Filed: January 18, 2019 |

1

**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES**

ACTIVE 57984649v1

Upon consideration of the Parties' Joint Motion to Stay Proceedings, and upon good cause shown, it is hereby ORDERED that the Motion is GRANTED, and that discovery and all pretrial deadlines in this matter are STAYED for one hundred and twenty (120) days while the parties finalize settlement terms. The Scheduling Conference currently set for August 4, 2021, is CONTINUED to, **December 13, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** At least one (1) week prior to the conference, the parties shall file a Joint Scheduling Report. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:   **July 27, 2021**                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

2
**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES**

*ACTIVE 57984649v1*